583 A.2d 327

PATRICK MANZO v. MICHAEL MANZO.

February 26, 1990.

Petition for certification denied.

583 A.2d 327

JOSEPH VOZA v. IRA HOBERMAN.

February 26, 1990.

Petition for certification denied.

583 A.2d 327

IN THE MATTER OF TOWNSHIP OF BLOOMFIELD v. MICHAEL J. FRIEL, JR., AND JOSEPH MCCARTHY.

February 26, 1990.

Petition for certification denied.

583 A.2d 328

SANTOS CAJIGAS v. DONALD D. ZELINSKI, ETC.

February 26, 1990.

Petition for certification denied.